# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| COURTNEY E. LITTLEDIKE, | 10-22120 RKM |
| Debtor. | [Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**           **CHECK AMOUNT**

Verizon Wireless                                                              $3.06
PO Box 3397
Bloomington, IL  61702

The address listed above constitutes the last known address in question. The check in the amount of $3.06 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this 8 day of November, 2011.

Duane H. Gillman, Trustee

FILED IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF UTAH
2011 NOV -9 PM 3: 14

SLC_975934.1